158 A.3d 1232

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael ROBINSON, Petitioner

No. 203 WAL 2016

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW,** this 4th day of October, 2016, Petitioner's Motion for Leave to Supplement the Petition for Allowance of Appeal is **GRANTED.** Petitioner's Petition for Allowance of Appeal is **DENIED.**